THE STATE OF KANSAS, *Appellant* v. LORENZO PAULY, *Appellee.*

*Criminal Appeal from Riley County.*

The decision in The State of Kansas, *Appellant* v. Adelbert Muntz, *Appellee,* [*ante* p. 383,] confirmed.

The indictment in this case was similar to that in the preceding case, and the motion made and allowed substantially the same.

*A. L. Williams,* Dist. Att'y, for *Appellant.*

No counsel for defense.

*By the Court,* SAFFORD, J.

The questions involved in this case and relied upon by the counsel in their argument before this court, having been passed upon at the present term in the case of The State *v.* Muntz, it will not be necessary to discuss them here.   Several other points are raised by the record touching the sufficiency of the indictment in this case, but are

not insisted on by counsel, and will not be considered. The judgment of the District Court is reversed and cause remanded for further proceeding.

All the justices concurring.